IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SHANT DER-BOGHOSSIAN,**

Plaintiff,

**v.**

**M. ZAVALA, et al.,**

Defendant.

Case No. 1:26-cv-06062-KES-BAM

**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER (ECF NO. 8)**

Having read and considered Defendants' first request for extension of time to file a response to the Court's Order Directing Defendants to File a Response to Plaintiff's Notice of Objection to Removal of Action (Order) (ECF Nos. 6, 8), the declaration of Defendants' counsel supporting the request, and for good cause appearing, the application is **GRANTED**.

Defendants may file and serve a response to the Court's Order on or before December 4, 2026.

IT IS SO ORDERED.

Dated: **November 4, 2026**

/s/ Barbara A. McAuliffe

UNITED STATES MAGISTRATE JUDGE